No. 81–349. CHICAGO BRIDGE & IRON CO. *v.* CATERPILLAR TRACTOR CO. ET AL. Sup. Ct. Ill. [Probable jurisdiction noted, 454 U. S. 1029] Appeal dismissed for want of

substantial federal question.  JUSTICE STEVENS took no part in the consideration or decision of this case.